# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

**ROGER W. TITUS**                                                                                                    **6500 CHERRYWOOD LANE**
**UNITED STATES DISTRICT JUDGE**                                                        **GREENBELT, MARYLAND 20770**
                                                                                                                                                 **301-344-0052**

## M E M O R A N D U M

TO:         Counsel of Record

FROM:     Judge Roger W. Titus

RE:        *United States of America v. James Ricardo Williams*
              Criminal No. RWT-16-0361

DATE:     October 12, 2016

*  *  *  *  *  *  *  *  *

       By agreement of the parties, the rearraignment of the above Defendant has been scheduled for **October 14, 2016 at 9:00 a.m.**

       Despite the informal nature of this ruling, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly.

                                                                                     /s/
                                                         Roger W. Titus
                                                         United States District Judge